**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07559

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Edward J. Capocy<br>      Debtor.<br>_____<br>JPMorgan Chase Bank, N. A., successor by merger to Bank One N.A.<br>      Movant,<br>  vs.<br><br>Edward J. Capocy, Debtor, Lothar Goernitz, Trustee.<br><br>      Respondents. | No. 2:10-bk-06401-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 2, 2003 and recorded in the office of the Maricopa County Recorder wherein JPMorgan Chase Bank, N. A., successor by merger to Bank One N.A. is the current beneficiary and Edward J. Capocy has an interest in, further described as:

> THE FOLLOWING REAL PROPERTY SITUATED IN MARICOPA COUNTY, ARIZONA, TOGETHER WITH ALL RIGHTS AND PRIVILEGES APPURTENANT THERETO: UNIT 209, LA FUENTE CONDOMINIUMS, ACCORDING TO DECLARATION OF HORIZONTAL PROPERTY REGIME RECORDED IN DOCKET 14775, PAGE 1339, AND PLAT RECORDED IN BOOK 227 MAPS, PAGE 8, RECORDS OF MARICOPA COUNTY, ARIZONA: TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AS SET FORTH IN SAID DECLARATION AND PLAT AND ANY ANNEXATIONS THERETO, AND TOGETHER WITH THE EASEMENT RIGHT TO PARKING SPACE NO. C-11, AS SET FORTH IN DECLARATION OF HORIZONTAL PROPERTY REGIME RECORDED IN DOCKET 14775, PAGE 1339, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.